No. 86–6266. MIDDLETON v. OREGON. Appeal from Ct. App. Ore. dismissed for want of substantial federal question. 

No. 86–5699. GORMAN v. MARYLAND. Ct. Sp. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky*, 479 U. S. 314 (1987). 

No. — – ——. EVANS v. FOLTZ, WARDEN; and

No. — – ——. DRIVERS, CHAUFFEURS & HELPERS LOCAL UNION NO. 639, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD ET AL. Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.

No. A–535. LEWINGDON ET AL. v. CELESTE ET AL. C. A. 6th Cir. Application for certificate of probable cause, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–610. IN RE GRACEY. C. A. 3d Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–633. GRAHAM, AS EXECUTOR OF THE ESTATE OF GRAHAM v. TELEDYNE-CONTINENTAL MOTORS, A DIVISION OF TELEDYNE INDUSTRIES, INC., ET AL. C. A. 9th Cir. Application for recall and stay of mandate and injunction, addressed to THE CHIEF JUSTICE and referred to the Court, denied. JUSTICE BRENNAN and JUSTICE STEVENS would grant the application.

No. D–578. IN RE DISBARMENT OF ALKER. Disbarment entered. [For earlier order herein, see 479 U. S. 912.]

No. D–596. IN RE DISBARMENT OF KRAMER. Disbarment entered. [For earlier order herein, see 479 U. S. 1025.]

No. D–612. IN RE DISBARMENT OF BING. It is ordered that James Bing, of New York, N. Y., be suspended from the practice

---

*For the Court's order prescribing amendments to the Federal Rules of Criminal Procedure, see *post*, p. 1043.

of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–613. IN RE DISBARMENT OF SASSOWER. It is ordered that George Sassower, of White Plains, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–614. IN RE DISBARMENT OF BRIGGS. It is ordered that William Leon Briggs, of Fort Wayne, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–615. IN RE DISBARMENT OF ABRAHAMS. It is ordered that Maurice Meier Abrahams, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–616. IN RE DISBARMENT OF DECIOUS. It is ordered that Kit Conelly Decious, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 85–1835. CALIFORNIA *v.* ROONEY. Ct. App. Cal., 2d App. Dist. [Certiorari granted, 479 U. S. 881.] Motion of respondent for divided argument denied.

No. 86–44. SHEARSON/AMERICAN EXPRESS INC. ET AL. *v.* MC-MAHON ET AL. C. A. 2d Cir. [Certiorari granted, 479 U. S. 812.] Motion of Carvel Gordon Dillard for leave to file a brief as *amicus curiae* out of time denied.

No. 86–246. SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. *v.* SHUMAN. C. A. 9th Cir. [Certiorari granted, 479 U. S. 948.] Motion of respondent for divided argument denied.

No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP.